Jon Marc TAYLOR, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 49538.

Missouri Court of Appeals,
Western District.

Feb. 28, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 2, 1995.

Susan M. Hunt, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and
ELLIS and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

Appeal from dismissal of a motion for post-conviction relief under Rule 29.15 on the ground it was untimely filed.

Judgment affirmed. Rule 84.16(b).